UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>       Plaintiff,<br><br>v.<br><br>FOUR IN ONE,<br><br>       Defendant. | Case No. 24-cv-02898-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   11/7/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge